UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

TONYHA L.G.,                                      )
                                                 )
              Plaintiff,                          )
                                                 )
v.                                               )        Case No. 4:24-cv-04039-SLD-JEH
                                                 )
MARTIN O'MALLEY, Commissioner of                 )
Social Security,                                 )
                                                 )
              Defendant.                          )

ORDER

Before the Court is a Joint Stipulation to Remand to the Commissioner ("Joint

Stipulation"), ECF No. 16.  The parties jointly request that the Court reverse the Administrative

Law Judge's ("ALJ") decision and remand the cause for further proceedings pursuant to sentence

four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and

transcript of the record, a judgment affirming, modifying, or reversing the decision of the

Commissioner of Social Security, with or without remanding the cause for a rehearing."

The parties agree that the cause should be remanded to the Appeals Council who will

remand to an ALJ for further proceedings.  Joint Stipulation 1.  The ALJ will "proceed through

the sequential disability evaluation process and issue a new decision." *Id.*  The ALJ also will

"obtain supplemental vocational expert testimony about whether work exists in significant

numbers either in the region where Plaintiff lives or in several other regions of the country" and

"will not rely on isolated jobs that exist only in relatively few locations outside of the region

where Plaintiff lives." *Id.*

The Court finds the remand request appropriate and therefore GRANTS the Joint

Stipulation.  Accordingly, the Commissioner's decision in this matter is REVERSED, and the

cause is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of

42 U.S.C. § 405(g).  The Clerk is directed to enter judgment and close the case.

Entered this 9th day of October, 2024.

s/ Sara Darrow
_____
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE
